UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 235 FRINGE BENEFIT FUNDS and LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 235,

Plaintiffs,

-against-

KEITH ACKERSON, et al.,

Defendants.

25-CV-4000 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On June 5, 2026, Plaintiffs filed a motion for a default judgment against Defendants ICON Constr. Gr., Inc., d/b/a ICON Construction Group Inc., and Keith Ackerson under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 34.

On June 9, 2026, the Court issued an Order to Show Cause ordering Defendants ICON Constr. Gr., Inc., d/b/a ICON Construction Group Inc., and Keith Ackerson to respond in writing no later than June 23, 2026, as to why an order should not be issued granting a default judgment against them. ECF No. 37. The Court warned that if these Defendants failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants.

Further, it is hereby ORDERED that all parties appear for a conference with the Court on **December 16, 2026, at 12:00 p.m**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 1188535936#. The parties should be prepared to discuss the judgment to be entered following

the default judgment.

The Clerk of Court is directed to terminate ECF No. 34.

SO ORDERED.

Dated: October 5, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge